IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02644-RPM-CBS

JULIE MORGAN,

     Plaintiff,

v.

WAKEFIELD & ASSOCIATES; and
DOES 1-10,

     Defendants.

_____

## ORDER FOR DISMISSAL
_____

     Pursuant to the Stipulation of Dismissal [5] filed February 14, 2011, it is

     ORDERED that this action is dismissed with prejudice against Wakefield & Associates without costs to any party.

     DATED:   February 15th, 2011

                               BY THE COURT:

                               s/Richard P. Matsch

                               _____
                               Richard P. Matsch, Senior District Judge